**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-7771**

—————————

In Re: JOHN WEST,

                                        Petitioner.

—————————

On Petition for Writ of Coram Nobis.  (CR-93-89)

—————————

Submitted:  February 8, 2001       Decided:  February 15, 2001

—————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

John West, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John West petitions this court for a writ of error coram nobis, 28 U.S.C. § 1651(a) (1994), seeking to invalidate his Virginia conviction for grand larceny. To the extent that West seeks review of the Virginia Supreme Court's denial of his state petition for a writ of mandamus, we do not possess jurisdiction to review that court's decision. 28 U.S.C. §§ 1291-1296 (1994). Furthermore, this court lacks jurisdiction under § 1651(a) to alter the judgment of the Virginia Supreme Court. Sinclair v. Louisiana, 679 F.2d 513, 514-15 (5th Cir. 1982). Accordingly, we deny West's petition and West's petition to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2